IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE CLARK WILLIAMS, JR.,

        Plaintiff,                    No. CIV S-12-1005 EFB P

   vs.

BAL, et al.,

        Defendants.        ORDER

_____/

      Plaintiff is a state prisoner without counsel. He has filed a motion to proceed in forma pauperis (IFP) in an action brought under 42 U.S.C. § 1983. *See* Dckt. Nos. 1 (original complaint), 2 & 4 (IFP applications), 3 (amended complaint, naming as defendants Murray, McElroy, Von Dusseldorp, Higgins, Rayford, Jochim, Chapel).

      The docket reflects that prison officials metered plaintiff's mail in July 2010, but did not mail it to the court until April 2012. *Id.* Before ruling on plaintiff's application to proceed in forma pauperis and directing CDCR officials to assess funds from plaintiff's trust account for payment of the $350 filing fee, plaintiff must notify the court how he wishes to proceed with this action.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall have 30 days from the date
2 of this order to submit either a statement requesting that the court screen the amended complaint
3 pursuant to 28 U.S.C. § 1915A, or a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)
4 of the Federal Rules of Civil Procedure.
5 Dated: May 8, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE